Case 2:20-cr-00274-APG-VCF   Document 57   Filed 05/19/23   Page 1 of 4

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Supriya.Prasad@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENZEL RENYAL MICHAEL LOYD,<br><br>　　　　　Defendant. | Case No: 2:20-cr-00274-APG-VCF<br><br>**Protective Order** |

In accordance with the Court's Order (ECF No. 55), the parties, by and through the undersigned, respectfully request that the Court issue an Order protecting from disclosure to the defendant DENZEL RENYAL MICHAEL LOYD, the public, or any third party not directly related to this case, any and all unredacted discovery (the "Protected Material") in this case. The parties state as follows:

　　　　1.　　On October 6, 2020, a federal grand jury returned an Indictment charging Loyd with four counts of Coercion and Enticement (Counts One, Three, Six, and Nine), three counts of Sexual Exploitation of a Child (Counts Two, Four, and Eight), one count of Transfer of Obscene Material to a Minor (Count Five), one count of Sex Trafficking of Children (Count Seven), and one count of Possession of Child Pornography (Count Ten). ECF No. 1.

1

2. The government produced redacted discovery in excess of 1,400 bates-stamped items to defense counsel. The previously produced discovery includes, but is not limited to, police reports, victim and witness interviews, Facebook records, and search warrants.

3. The defendant has access to review and obtain copies of all redacted discovery produced by the government to defense counsel.

4. On March 22, 2023, Loyd filed a Motion to Compel certain discovery. ECF No. 46. On May 4, 2023, the Court granted Loyd's motion in part, and the Court has ordered that the government produce certain discovery unredacted. *See* ECF No 55. The unredacted discovery includes personal identifying information of potential minor victims, witnesses, and unrelated persons to this investigation. The government believes that dissemination of the unredacted discovery ("the Protected Material") could reveal personal identifying information of potential victims, witnesses, and persons unrelated to this investigation.

5. In order to protect the potential victims, witnesses, and unrelated persons involved in and revealed by the Protected Material and to comply with the Court's Order (ECF No. 55), the parties intend to restrict access to the Protected Material in this case to the following individuals: attorneys for all parties, and any personnel that the attorneys for all parties consider necessary to assist in performing that attorneys' duties in the prosecution or defense of this case, including investigators, paralegals, experts, support staff, interpreters, and any other individuals specifically authorized by the Court (collectively, the "Covered Individuals"). The defendant DENZEL RENYAL MICHAEL LOYD shall not review or obtain a copy of the Protected Material.

6. Without leave of Court, the Covered Individuals shall not:

    a. make copies for, or allow copies of any kind to be made by any other person of the Protected Material in this case or permit dissemination of the Protected

        Material at the Southern Nevada Detention Center jail facility, or any other detention facility where the Defendant is housed, to include leaving a copy of the Protected Material at any detention facility where the Defendant is housed;

    b. allow any other person to read, listen, or otherwise review the Protected Material;

    c. use the Protected Material for any other purpose other than preparing to defend against or prosecute the charges in the indictment or any further superseding indictment arising out of this case; or

    d. attach the Protected Material to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filings are filed under seal.

7. Nothing in this stipulation is intended to restrict the parties' use or introduction of the Protected Material as evidence at trial or support in motion practice.

8. The parties shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

9. The defense hereby stipulates to this protective order.

DATED this 19th day of May, 2023.

Respectfully submitted,

For the United States:

JASON M. FRIERSON
United States Attorney

*/s/ Supriya Prasad*
SUPRIYA PRASAD
Assistant United States Attorney

For the Defense:

*/s/ Erin Gettel*
ERIN GETTEL
Attorney for DENZEL RENYAL MICHAEL LOYD

**IT IS SO ORDERED:**

_____          May 19, 2023
United States Magistrate Judge                    _____
                                                                       Date

4