UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Denzel Renyal Michael Loyd,<br><br>        Defendant. | Case No. 2:20-cr-000274-APG-VCF<br><br>**Order Granting Motion for Appointment of Co-Counsel** |

      Counsel for defendant Denzel Loyd has moved for an order appointing co-counsel in this case for the purposes of filing pre-trial motions and preparing for trial. The motion seeking appointment of co-counsel explains the nature of the case, the difficulties it presents, and how, as a result, appointing co-counsel is necessary in the interest of justice. Proposed co-counsel is Charles Gianelloni, who is a partner in the law firm at which Panel counsel is employed.

      As required by Volume 7, Ch. 2 § 230.53.20 of the Guide to Judiciary Policies and Procedures, the Court finds that the appointment of an additional attorney in this difficult case is necessary and is in the interests of justice. The Court further finds that appointment of a non-panel attorney is in the interest of justice and judicial economy.

5

4872-0563-4153.2

GOOD CAUSE APPEARING, it is hereby ORDERED that the Clerk of the Court shall notify the CJA appointing authority for the District of Nevada of the appointment of attorney Charles Gianelloni as co-counsel for Denzel Loyd on a *pro bono* basis.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  6-12-2023

6

4872-0563-4153.2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023, I electronically transmitted the foregoing **MOTION FOR APPOINTMENT OF CO-COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: June 7, 2023.

                                                                         */s/ Jeanne Forrest*
                                        An employee of SNELL & WILMER L.L.P.

7

4872-0563-4153.2