JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
supriya.prasad@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>DENZEL RENYAL MICHAEL LOYD,<br><br>                    Defendant. | Case No. 2:20-cr-00274-APG-VCF<br><br>STIPULATION TO CONTINUE<br>RESPONSE AND REPLY DATES |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Erin Gettel, Esq., counsel for Defendant Denzel Renyal Michael Loyd, that the response and reply deadlines to the Motion to Suppress (ECF No. 60) be reset to June 30, 2023 and July 14, 2023, respectively.

This Stipulation is entered into for the following reasons:

1.     On June 9, 2023, defendant filed a Motion to Suppress. ECF No. 60. Responses are currently due by June 23, 2023, and replies are currently due by June 30, 2023. *Id.*

2.     Counsel for the government is scheduled to be outside the district for the week of June 12, 2023 and would like additional time to respond to the motion.

3. Defense counsel will be traveling during the Fourth of July and would like additional time to reply to the government's response.

4. The parties agree to the revised response and reply deadlines.

Dated this 12th day of June, 2023.

JASON M. FRIERSON
United States Attorney

By: _/s/ Supriya Prasad_             By: _/s/ Erin Gettel_
SUPRIYA PRASAD                      ERIN GETTEL, ESQ.
Assistant United States Attorney    Counsel for Defendant
                                    Denzel Michael Renyal Loyd

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

DENZEL RENYAL MICHAEL LOYD,

            Defendant.

Case No. 2:20-cr-00274-APG-VCF

ORDER

      Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court orders that the government's response is due on June 30, 2023 and that the defendant's reply is due on July 14, 2023.

      DATED this 13th day of June 2023.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE