**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| United States of America, | |
|---|---|
| Plaintiff(s), | |
| v. | 2:20-cr-00274-APG-VCF |
| Denzel Renyal Michael Loyd, | **ORDER** |
| Defendant(s). | |

Before the Court is the motion to suppress (ECF No. 60).

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing on the motion to suppress (ECF No. 60), is scheduled for 10:00 AM, September 14, 2023, in Courtroom 3D.

In preparation for evidentiary hearing, the parties must meet the following requirements:

1. EXHIBIT LISTS: On or before, September 7, 2023, counsel must supply the undersigned's Courtroom Deputy Clerk with, (a) the original and two copies of a complete list of exhibits that will be offered into evidence at the evidentiary hearing, and (b) the original and two copies of a complete list of witnesses who will be called at the evidentiary hearing. At the same time, each party shall serve copies of these lists on all other parties.

NUMERALS 1 – 500 will be used to identify the plaintiff's exhibits and NUMERALS 500 - 1000 will be used to identify the defendant's exhibits. The exhibits will be listed on the form to be provided by the Clerk, a sample of which is attached to this order. The parties may use computer-generated exhibit lists as long as they conform to the requirements of the form provided by the Clerk. The parties will retain possession of their exhibits until such time as the exhibits are identified in open court; thereafter, the exhibits which are so identified shall remain in the custody of the Clerk, unless otherwise ordered.

2. MARKING EXHIBITS: Prior to the evidentiary hearing, counsel for all parties, and any party appearing pro se, must meet with the Courtroom Deputy Clerk for the purpose of pre-marking all evidentiary hearing exhibits. They must also exchange copies of their exhibits. Additionally, they must provide the Clerk with one (1) copy of their exhibits in a three-ring binder for the Court's use. The meeting will take place in Courtroom 3D, on September 7, 2023, at 2:00 PM.

3. CONTACT PERSON: All questions concerning the foregoing should be directed to Courtroom Deputy Clerk Tawnee Renfro at (702) 464-5427.

DATED this 13th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE