Erin Gettel, Esq.
Nevada Bar No. 13877
Charles Gianelloni, Esq.
Nevada Bar No. 12747
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
(702)-784-5200 x5329
egettel@swlaw.com
cgianelloni@swlaw.com
*Attorneys for Denzel Renyal Michael Loyd*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No. 2:20-cr-00274-APG-VCF |
|---|---|
| Plaintiff, | |
| v. | **First Stipulation to Extend Time to File Objections to Report and Recommendation [ECF No. 81]** |
| Denzel Renyal Michael Loyd, | |
| Defendant. | |

The Parties request that this Court extend the deadline to file LR IB 3-2 objections to the Report and Recommendation [ECF 81], which are currently due on October 11, 2023, to October 25, 2023, because:

1. Defense counsel submitted a transcript request through the Court's CJA e-voucher system on September 28, 2023, the day after the R&R issued. That request was granted on October 4, 2023, but the transcript has not yet been received.

2. Lead defense counsel was out of the country when the R&R issued through October 6, 2023, and needs additional time to prepare the objections, particularly once the transcript is received.

3. The requested October 25 deadline would make the government's response due November 8, 2023. However, government counsel has a trial set to begin November 13, 2023, so extending the government's response deadline will likely also be necessary and, if so, the Parties will file a separate stipulation.

4. Trial is currently set for April 22, 2023, so neither this extension nor the anticipated extension of the government's response deadline will affect the trial date.

5. The Parties agree to the continuance.

6. The additional time is to allow defense counsel sufficient time to prepare and file objections to the R&R once the transcript has been received.

DATED: October 11, 2023.

| Snell & Wilmer L.L.P. | Jason Frierson<br>United States Attorney |
|---|---|
| By  */s/ Erin Gettel*<br>Erin Gettel<br>*Attorney for Denzel Renyal Michael Loyd* | By  */s/ Supriya Prasad*<br>Supriya Prasad<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Denzel Renyal Michael Loyd,<br><br>　　　　Defendant. | Case No. 2:20-cr-00274-APG-VCF-1<br><br>**Order Granting Stipulation to Extend Time to File Objections to Report & Recommendation [ECF 81]** |

Based on the stipulation of counsel, the Court finds that good cause exists to extend the time to file objections to the Report and Recommendation [ECF 81]. The additional time is to allow defense counsel sufficient time to prepare and file the objections once the transcript has been received.

IT IS THEREFORE ORDERED that the time to file objections to the Report and Recommendation be extended to October 25, 2023.

DATED: October 12, 2023.

_____
Andrew P. Gordon
United States District Judge