JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
SUPRIYA PRASAD
Assistant United States Attorney
JEAN N. RIPLEY
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Supriya.Prasad@usdoj.gov
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>          v.<br><br>DENZEL RENYAL MICHAEL LOYD,<br><br>                    Defendant. | Case No. 2:20-cr-00274-APG-VCF<br><br>**Stipulation to Continue Response Deadline to Defendant's Objection to Report and Recommendation (ECF No. 86)**<br><br>**(First Stipulation to Continue)** |

        Plaintiff United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, and Supriya Prasad and Jean N. Ripley, Assistant United States Attorneys, and defendant Denzel Renyal Michael Loyd, by and through his counsel, Erin Gettel, hereby stipulate and agree to continue the November 8, 2023 deadline for the government to respond to defendant's Objection to Report and Recommendation (the "Objection"), dated October 25, 2023 (ECF No. 86), to November 24, 2023.

        The parties enter this stipulation for the following reasons:

        1.      Lead government counsel has a trial set to begin on November 13, 2023, and expected to last at least five days. Secondary counsel for the government had an unexpected

personal emergency that created a conflict in preparing the government's response to the defendant's Objection.

2.      Trial in this matter is currently set for April 22, 2023, and it is anticipated that this extension will not affect the trial date.

3.      The parties agree to the continuance.

4.      The additional time is to allow government counsel to prepare and file a response to defendant's Objection.


        Respectfully submitted this 31st day of October, 2023.



ERIN GETTEL, ESQ.                          JASON M. FRIERSON
                                           United States Attorney

*/s/ Erin Gettel, Esq.*                    */s/ Jean N. Ripley*
Counsel to Defendant                       SUPRIYA PRASAD
Denzel Renyal Michael Loyd                 JEAN N. RIPLEY
                                           Assistant United States Attorneys

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>        v.<br><br>DENZEL RENYAL MICHAEL LOYD,<br><br>                    Defendant. | Case No. 2:20-cr-00274-APG-VCF<br><br>**Order Granting Stipulation to Continue Response Deadline to Defendant's Objection to Report and Recommendation (ECF No. 86)** |

Based on the stipulation of counsel, the Court finds that good cause exists to extend the deadline for the government to file its response to defendant Denzel Renyal Michael Loyd's Objection to Report and Recommendation (the "Objection"), dated October 25, 2023 (ECF No. 86).

IT IS THEREFORE ORDERED that the government's deadline to respond to the Objection shall be extended from November 8, 2023, to November 24, 2023.

DATED: November <u>1st</u>, 2023

_____
Andrew P. Gordon
United States District Judge

3