# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:20-cr-00274-APG-MDC |
| Plaintiff(s), | |
| vs. | **Order denying *Motion to Preclude Contact with Minor Victims and to Appoint Guardian ad Litem* (ECF No. 94) without prejudice** |
| Denzel Renyal Michael Loyd, | |
| Defendant(s). | |

The Court DENIES the government's *Motion to Preclude Contact with Minor Victims and to Appoint Guardian ad Litem* (ECF No. 94) without prejudice.  Without reaching the merits, the government's motion fails to provide the certification required by LCR 12-1(c).  Moreover, the government does not identify and propose any specific person or persons to act as the requested guardian ad litem.  As the moving party, it is the government's burden to:  (a) identify and propose a specific person or persons to act as the requested guardian ad litem; and (b) to demonstrate that such person's or persons' "background in, and familiarity with, the judicial process, social service programs and child abuse issues" qualifies such to be appointed as guardian, as required by 18 USC § 3509(h)(1).

IT IS ORDERED that the government's *Motion to Preclude Contact with Minor Victims and to Appoint Guardian ad Litem* (ECF No. 94) is DENIED without prejudice.

DATED this 22nd day of February 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge