# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | 2:20-cr-00274-APG-MDC-1 |
| --- | --- |
| Plaintiff(s), | |
| vs. | **Order Setting Hearing** |
| Denzel Renyal Michael Loyd, | |
| Defendant(s). | |

The parties shall appear in person for a hearing at 9:00 am on March 28, 2024, in courtroom 3C regarding the following motions:

1. The government's *Motion to Preclude Contact with Minor Victims*. ECF No. 96.

2. The defendant's *Motion for Leave to File Excess Pages*. ECF No. 98.

3. The defendant's *Counter-Motion to Compel*. ECF No. 100.

It is so ordered.

Dated this 14th day of March 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge