JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JEAN N. RIPLEY
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENZEL RENYAL MICHAEL LOYD,<br><br>Defendant. | Case No. 2:20-cr-00274-APG-MDC<br><br>**Stipulation to Continue Reply Deadline in Support of Government's Motion to Preclude Contact with Minor Victims**<br><br>**(First Stipulation to Continue)** |

Plaintiff United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorneys, and defendant Denzel Renyal Michael Loyd, by and through his counsel, Erin M. Gettel, Esq., hereby stipulate and agree to continue the March 19, 2024 deadline for the government to file a reply to the government's Motion to Preclude Contact with Minor Victims (the "Motion") (ECF No. 96), and the March 26, 2024 deadline for the government to respond to the defendant's Countermotion (the "Countermotion") (ECF No. 100), to March 22, 2024, and the April 2, 2024 deadline for the defendant to file a reply to the Countermotion to March 26, 2022.

The parties enter this stipulation for the following reasons:

1. Defendant Denzel Renyal Michael Loyd has filed a countermotion in response to the Motion, the response to which is due on March 26, 2024. A continuance of the government's reply will allow the government to consolidate its efforts with respect the Motion and the defendant's Countermotion.

2. The Court has ordered a motion hearing on March 28, 2024, and the proposed briefing schedule would allow the parties to fully submit the briefs in anticipation of the hearing.

3. Primary government counsel in the above-captioned matter intends to file a motion to withdraw, and is being replaced with counsel that is unfamiliar with this case. Counsel needs additional time to get up to speed on the case, including the specific issued raise in the Motion and the Countermotion.

4. The parties agree to the continuance, and submit that it will not result in undue delay of the motion hearing set on March 28, 2024.

Respectfully submitted this 14th day of March, 2024.

|  |  |
|---|---|
| /s/ Erin Gettel | JASON M. FRIERSON |
| ERIN GETTEL, ESQ. | United States Attorney |
|  | /s/ Jean N. Ripley |
|  | JEAN N. RIPLEY |
|  | Assistant United States Attorney |
| *Counsel for Defendant Loyd* | *Counsel for the United States* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENZEL RENYAL MICHAEL LOYD,<br><br>Defendant. | Case No. 2:20-cr-00274-APG-MDC<br><br>**Order Granting Stipulation to Continue Reply Deadline in Support of Government's Motion to Preclude Contact with Minor Victims** |

Based on the stipulation of counsel, the Court finds that good cause exists to modify the March 19, 2024 deadline for the government to file its reply in further support of its Motion to Preclude Contact with Minor Victims (the "Motion") (ECF No. 96), and its March 26, 2024 deadline to file a response to the defendant's Countermotion the ("Countermotion") (ECF No.), to March 22, 2024; and

The Court finds that good cause exists to modify the April 2, 2024 deadline for the defendant's Countermotion to March 26, 2022.

IT IS THEREFORE ORDERED that the government's deadline to file a reply memorandum in further support of the Motion shall be extended from March 19, 2024, to March 22, 2024; and

IT IS FURTHER ORDERED that the government's deadline to file a response memorandum to the Countermotion shall be modified from March 26, 2024, to March 22, 2024; and

IT IS FURTHER ORDERED that the defendant's deadline to file a reply memorandum in further support of its Countermotion shall be modified from April 2,

/ / /

/ / /

2024, to March 26, 2024.

DATED: March 15, 2024

_____
Honorable Maximiliano D. Couvillier, III
United States Magistrate Judge