JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JEAN N. RIPLEY
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00274-APG-MDC |
| Plaintiff, | **Stipulation to Continue Response To Appeal of Magistrate Judge's Order (ECF No. 126)** |
| v. | |
| DENZEL RENYAL MICHAEL LOYD, | **(First Stipulation to Continue)** |
| Defendant. | |

Plaintiff United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, and defendant Denzel Renyal Michael Loyd, by and through his counsel, Erin M. Gettel, Esq., hereby stipulate and agree to continue the May 16, 2024 deadline for the government to file a response to defendant Denzel Renyal Michael Loyd's Appeal of Magistrate Judge's Order (ECF No. 126) to March 23, 2024.

The parties enter this stipulation for the following reasons:

1. Due to a conflict, government counsel needs additional time to finalize its response to defendant Denzel Renyal Michael Loyd's Appeal of Magistrate Judge's Order (ECF No. 126).

2. The parties do not anticipate that the continuance will delay the current trial date of August 12, 2024, nor is the continuance otherwise sought for purposes of delay in theses proceedings.

3. The defense does not object to the continuance.

Respectfully submitted this 13th day of May, 2024.

JASON M. FRIERSON

United States Attorney

*/s/ Erin Gettel*            */s/ Jean N. Ripley*
ERIN GETTEL, ESQ.            JEAN N. RIPLEY
                             Assistant United States Attorney

*Counsel for Defendant Loyd*    *Counsel for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENZEL RENYAL MICHAEL LOYD,<br><br>Defendant. | Case No. 2:20-cr-00274-APG-MDC<br><br>**Order Granting Stipulation to Continue Response to Appeal of Magistrate Judge's Order (ECF No. 126)** |

Based on the stipulation of counsel, the Court finds that good cause exists to modify the May 16, 2024 deadline for the government to file its response to defendant Denzel Renyal Michael Loyd's Appeal of Magistrate Judge's Order (ECF No. 126).

IT IS THEREFORE ORDERED that the government's deadline to file a response to defendant Denzel Renyal Michael Loyd's Appeal of Magistrate Judge's Order shall be extended from May 16, 2024, to May 23, 2024.

DATED: May 14, 2024

_____
Honorable Andrew P. Gordon
United States District Judge

3