Erin M. Gettel, Esq.
Nevada Bar No. 13877
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Fax: 702-784-5252
egettel@swlaw.com
cgianelloni@swlaw.com

*Attorneys for Denzel Renyal Michael Loyd*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Denzel Renyal Michael Loyd,<br><br>                    Defendant. | Case No. 2:20-cr-000274-APG-MDC<br><br>**Order Granting Motion to Continue Briefing Deadline and Hearing Date (ECF No. 132)** |

Defendant Denzel Loyd moves to continue (1) the deadline for submission of simultaneous briefing from 4:00 p.m. on May 24, 2024, to 4:00 p.m. on May 31, 2024, and (2) the Show Cause Hearing and hearing on the government's Motion to Appoint Guardian ad Litem for Victim No. 1 from May 28, 2024, to on or after June 4, 2024. The reason for the requested continuance is that Attorneys Gettel and Gianelloni will both be out of the district for pre-planned international travel to host a fundraiser for cancer research from May 22, 2024, through and including May 28, 2024. The requested one-week extension should not interfere with the currently scheduled trial date of August 12, 2024, and is not sought for purposes of delay. It is also commensurate with the one-week extension that Loyd agreed to for the

government's response to Loyd's currently pending appeal to the district judge. ECF Nos. 133, 134. Undersigned has spoken with government counsel and the government does not object to the continuance but nonetheless declined to enter a stipulation or joint motion. Because good cause exists to continue the deadlines as requested, this Court should grant the continuance.

Dated: May 16, 2024

SNELL & WILMER L.L.P.

By: /s/ *Erin Gettel, Esq.*
Erin M. Gettel, Esq.
Charles E. Gianelloni, Esq.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Denzel Renyal Michael Loyd*

IT IS SO ORDERED. The Show Cause Hearing (ECF No. 132) is continued to June 4, 2024 at 2:30 p.m. in Courtroom 3C. The deadline for the submission of simultaneous briefing is continued to 8:00 a.m. on June 3, 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 5/17/24