JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JEAN N. RIPLEY
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENZEL RENYAL MICHAEL LOYD,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00274-APG-MDC<br><br>**Stipulation to Continue Briefing Deadline and Hearing Date**<br>**(ECF No. 132)** |

　　　　Plaintiff United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, and defendant Denzel Renyal Michael Loyd, by and through his counsel, Erin Gettel, Esq., hereby stipulate and agree to continue the deadline for simultaneous briefing on the Court's May 10, 2024 Order from June 3, 2024, to July 3, 2024 (ECF No. 132), and to continue the Show Cause hearing currently scheduled for June 4, 2024 (*id.*), for a period of no less than thirty (30) days.

　　　　The parties enter this stipulation for the following reasons:

　　　　1.　　The parties have reached an agreement in principle to resolve the matter and need additional time to finalize a plea agreement.

2. The continuance is not sought for purposes of delay.

3. The defense agrees to the continuance.

Respectfully submitted this 23rd day of May, 2024.

                                        JASON M. FRIERSON

                                        United States Attorney

*/s/ Erin Gettel*                        */s/ Jean N. Ripley*
ERIN GETTEL, ESQ.               JEAN N. RIPLEY
                                          Assistant United States Attorney

*Counsel for Defendant Loyd*       *Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENZEL RENYAL MICHAEL LOYD,<br><br>Defendant. | Case No. 2:20-cr-00274-APG-MDC<br><br>**Order to Continue Briefing Deadline and Hearing Date (ECF No. 132)** |

    Based on the stipulation of counsel, the Court finds that good cause exists to continue the deadline for simultaneous briefing on the Court's May 10, 2024 Order, and the Show Cause hearing currently scheduled for June 4, 2024.

    IT IS THEREFORE ORDERED that the parties' deadline to submit simultaneous briefing on the Court's May 10, 2024 Order (ECF No. 132), is continued from June 3, 2024, to July 3, 2024; and

    IT IS FURTHER ORDERED that the Show Cause hearing currently scheduled for June 4, 2024, is continued from June 4, 2024, at 2:30 p.m., to __July 9, 2024__ at __2:30 p.m.__ in Courtroom 3C.

DATED: May __23__, 2024

                                         _____
                                         HONORABLE D. MAXIMILIANO COUVILIER III
                                         UNITED STATES MAGISTRATE JUDGE