JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JEAN N. RIPLEY
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>DENZEL RENYAL MICHAEL LOYD,<br><br>           Defendant. | Case No. 2:20-cr-00274-APG-MDC<br><br>**Stipulation to Continue Response<br>to Appeal of Magistrate Judge's Order<br>(ECF No. 126)** |

Plaintiff United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, and defendant Denzel Renyal Michael Loyd, by and through his counsel, Erin Gettel, Esq., hereby stipulate and agree to continue the May 23, 2024 deadline for the government to file a response to defendant Denzel Renyal Michael Loyd's Appeal of Magistrate Judge's Order (ECF No. 126) to June 23, 2024.

The parties enter this stipulation for the following reasons:

1. The parties have reached an agreement in principle to resolve the matter and need additional time to finalize a plea agreement.

2. The continuance is not sought for purposes of delay.

3. The defense agrees to the continuance.

Respectfully submitted this 23rd day of May, 2024.

                                           JASON M. FRIERSON

                                           United States Attorney

*/s/ Erin Gettel*                     */s/ Jean N. Ripley*
ERIN GETTEL, ESQ.              JEAN N. RIPLEY
                                          Assistant United States Attorney

*Counsel for Defendant Loyd*       *Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DENZEL RENYAL MICHAEL LOYD,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00274-APG-MDC<br><br>**Order to Continue Response<br>to Appeal of Magistrate Judge's Order<br>(ECF No. 126)** |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the deadline for the government to file a response to defendant Denzel Renyal Michael Loyd's Appeal of Magistrate Judge's Order.

　　　IT IS THEREFORE ORDERED that the government's deadline to file a response to defendant Denzel Renyal Michael Loyd's Appeal of Magistrate Judge's Order (ECF No. 126), is continued from May 23, 2024, to June 23, 2024.

DATED: May 28, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE ANDREW P. GORDON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE