Erin M. Gettel, Esq.
Nevada Bar No. 13877
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Fax: 702-784-5252
egettel@swlaw.com
cgianelloni@swlaw.com
*Attorneys for Denzel Renyal Michael Loyd*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-000274-APG-MDC |
| Plaintiff, | **Stipulation to Continue Briefing Deadline and Hearing Date (ECF No. 139)** |
| v. | |
| Denzel Renyal Michael Loyd, | **(*Third Requst*)** |
| Defendant. | |

The Parties enter this stipulation to continue (1) the deadline for submission of simultaneous briefing from July 3, 2024, to July 17, 2024, and (2) the Show Cause Hearing and hearing on the government's Motion to Appoint Guardian ad Litem for Victim No. 1 from July 9, 2024, to on or after July 23, 2024. The Parties enter this stipulation because:

1. The government has extended a written plea agreement to Mr. Loyd.

2. Mr. Loyd requires additional time to review and consider the plea agreement.

3. The continuance is not sought for purposes of delay.

4. Mr. Loyd agrees to the continuance.

DATED: June 24, 2024

Snell & Wilmer L.L.P.

*/s/ Erin Gettel*
By_____
Erin Gettel
*Attorney for Denzel Renyal Michael Loyd*

Jason Frierson
United States Attorney

*/s/ Jean Ripley*
By_____
Jean Ripley
Assistant United States Attorney

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>  v.<br><br>Denzel Renyal Michael Loyd,<br><br>       Defendant. | Case No. 2:20-cr-00274-APG-MDC<br><br>**Order Granting Stipulation to Continue Briefing Deadline and Hearing Date (ECF No. 139)** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the briefing deadline and hearing date as requested.

IT IS THEREFORE ORDERED that the parties' deadline to submit simultaneous briefing on the Court's May 10, 2024 Order (ECF No. 132) is continued to July 17, 2024.

IT IS FURTHER ORDERED that the Show Cause Hearing and Motion Hearing regarding the government's Motion to Appoint Guardian ad Litem for Victim No. 1 (ECF No. 122) currently set for July 9, 2024, at 2:30 p.m. is VACATED and continued to August 8, 2024 at 11:00am in Courtroom 3B.

DATED: June 25, 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge

4882-7174-0094.2

3