Erin M. Gettel, Esq.
Nevada Bar No. 13877
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Fax: 702-784-5252
egettel@swlaw.com
cgianelloni@swlaw.com
*Attorneys for Denzel Renyal Michael Loyd*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>      v.<br><br>Denzel Renyal Michael Loyd,<br><br>              Defendant. | Case No. 2:20-cr-000274-APG-MDC<br><br>**Stipulation to Continue Briefing Deadline (ECF No. 140)**<br><br>**(*Third Requst*)** |

The Parties enter this stipulation to continue the deadline for the government to file a response to Loyd's Appeal of the Magistrate Judge's Order (ECF No. 126) from June 24, 2024, to July 15, 2024.  The Parties enter this stipulation because:

1.      The government has extended a written plea agreement to Mr. Loyd.

1     2.   Mr. Loyd requires additional time to review and consider the plea

2   agreement.

3     3.   The continuance is not sought for purposes of delay.

4     4.   Mr. Loyd agrees to the continuance.

5

6   DATED: June 24, 2024

7

8

9     Snell & Wilmer L.L.P.       Jason Frierson
                United States Attorney

10

    */s/ Erin Gettel*          */s/ Jean Ripley*

11  By_____    By_____

12  Erin Gettel               Jean Ripley
*Attorney for Denzel Renyal Michael*     Assistant United States Attorney
13  *Loyd*

14

15

16

17

18

19

20

21

22

23

24

25

26

SNELL & WILMER
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY
SUITE 1100
LAS VEGAS, NEVADA 89169

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

      Plaintiff,

      v.

Denzel Renyal Michael Loyd,

      Defendant.

Case No. 2:20-cr-00274-APG-MDC

**Order Granting Stipulation to Continue Briefing Deadline (ECF No. 140)**

Based on the stipulation of counsel, the Court finds that good cause exists to continue the deadline for the government to file a response to Loyd's Appeal of the Magistrate Judge's Order.

IT IS THEREFORE ORDERED that the government's deadline to file a response to Loyd's Appeal of the Magistrate Judge's Order (ECF No. 126) is continued from June 24, 2024, to July 15, 2024.

DATED: ___June 25___, 2024.

_____
ANDREW P. GORDON
United States District Judge

4854-2713-2362.2

3