Erin M. Gettel, Esq.
Nevada Bar No. 13877
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Fax: 702-784-5252
egettel@swlaw.com
cgianelloni@swlaw.com
*Attorneys for Denzel Renyal Michael Loyd*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Denzel Renyal Michael Loyd,<br><br>    Defendant. | Case No. 2:20-cr-000274-APG-MDC<br><br>**Stipulation to Continue Briefing Deadline (ECF No. 145)**<br><br>(***Fourth Request***) |

The Parties enter this stipulation to continue the deadline for the government to file a response to Loyd's Appeal of the Magistrate Judge's Order (ECF No. 126) from July 15, 2024, to August 21, 2024. The Parties enter this stipulation because:

    1.    The government has extended a written plea offer to Mr. Loyd, which Mr. Loyd has accepted.

2. The Court has set the change-of-plea hearing for August 15, 2024, at 9:00 a.m.  ECF No. 146.

3. The Parties anticipate that the change-of-plea hearing will take place as scheduled and that the Court will conditionally accept Loyd's plea on that date.  This would moot Loyd's appeal.

4. The continuance is not sought for purposes of delay, but to set the deadline for the government's response to Loyd's Appeal for after the August 15, 2024, change-of-plea hearing date so that the same can remain in place but be vacated as soon as Loyd's plea is entered and conditionally accepted.

5. The Parties agree to the continuance.

DATED: July 17, 2024

| Snell & Wilmer L.L.P. | Jason Frierson<br>United States Attorney |
|---|---|
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>*Attorney for Denzel Renyal Michael Loyd* | */s/ Jean Ripley*<br>By_____<br>Jean Ripley<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Denzel Renyal Michael Loyd,<br><br>        Defendant. | Case No. 2:20-cr-00274-APG-MDC<br><br>**Order Granting Stipulation to Continue Briefing Deadline (ECF No. 145)** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the deadline for the government to file a response to Loyd's Appeal of the Magistrate Judge's Order.

IT IS THEREFORE ORDERED that the government's deadline to file a response to Loyd's Appeal of the Magistrate Judge's Order (ECF No. 126) is continued from July 15, 2024, to August 21, 2024.

DATED: __July 18__, 2024.

_____
ANDREW P. GORDON
United States District Judge

4854-2713-2362.3

3