UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:20-cr-00274-APG-MDC |
|---|---|
| Plaintiff, | **Order Granting Stipulation to Continue Briefing Deadline and Hearing Date (ECF No. 144)** |
| v. | |
| Denzel Renyal Michael Loyd, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the briefing deadline and hearing date as requested.

IT IS THEREFORE ORDERED that the parties' deadline to submit simultaneous briefing on the Court's May 10, 2024 Order (ECF No. 132) is continued to August 19, 2024.

IT IS FURTHER ORDERED that the Show Cause Hearing and Motion Hearing regarding the government's Motion to Appoint Guardian ad Litem for Victim No. 1 (ECF No. 122) currently set for August 8, 2024, at 11:00 a.m. is VACATED pending further order of the Court.

DATED: July 25, 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

4882-7174-0094.3

3