Erin M. Gettel, Esq.
Nevada Bar No. 13877
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
Snell & Wilmer L.L.P.
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Fax: 702-784-5252
egettel@swlaw.com
cgianelloni@swlaw.com
*Attorneys for Denzel Renyal Michael Loyd*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> v.<br><br>Denzel Renyal Michael Loyd,<br><br>   Defendant. | Case No. 2:20-cr-000274-APG-MDC<br><br>**Stipulation to Terminate Appointment of Guardian Ad Litem (ECF No. 119) and Withdraw Appeal (ECF No. 126)** |

The Parties enter this stipulation to: (1) terminate the appointment of a guardian ad litem for Witness # 3 and (2) withdraw Loyd's appeal of the magistrate judge's order as moot. The Parties enter this stipulation because:

  1. On March 28, 2024, Magistrate Judge Couvillier granted the government's Motion to Appoint Guardian ad Litem (ECF No. 109) in part, appointing Paola M. Armeni (CJA) as Guardian Ad Litem for Witness #3 for the limited purposes stated on the record.

2. On May 2, 2024, Loyd appealed certain aspects of Judge Couvillier's March 28, 2024, order, including the appointment of a guardian ad litem. ECF No. 126.

3. The Parties stipulated to continue the government's deadline to respond to Loyd's appeal as well as briefing and hearing on the government's related Motion to Appoint Guardian Ad Litem for Victim No. 1 (ECF No. 122) pending plea negotiations. ECF Nos. 133, 135, 141, 142, 148, 149.

4. On August 15, 2024, Loyd pleaded guilty pursuant to a written plea agreement. ECF Nos. 152, 153.

5. At the August 15 change-of-plea hearing, the government withdrew the Motion to Appoint Guardian Ad Litem for Victim No. 1 (ECF No. 122). Judge Gordon directed the defense to file a notice of withdrawal or indicate its intention to proceed with the appeal by September 5, 2024.

6. The Parties have conferred and agree that because Loyd has pleaded guilty and the Guardian Ad Litem has not been successful in contacting Witness # 3 despite multiple attempts, the Guardian's appointment should be terminated effective upon entry of the Court's order.

//
//
//
//
//
//
//
//

2

7.     The Parties also agree that this moots Loyd's appeal at ECF No. 126, so the government need not file a response and the Court need not render a decision. While that appeal does raise issues beyond the appointment issue, the Parties have agreed to forego further litigation of these issues as this case has been resolved through negotiations.

DATED: September 5, 2024

| Snell & Wilmer L.L.P. | Jason Frierson<br>United States Attorney |
|---|---|
| By  */s/ Erin Gettel*  <br>Erin Gettel<br>*Attorney for Denzel Renyal Michael Loyd* | By  */s/ Jean Ripley*  <br>Jean Ripley<br>Assistant United States Attorney |

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Denzel Renyal Michael Loyd,<br><br>　　　　Defendant. | Case No. 2:20-cr-00274-APG-MDC<br><br>**Order Granting Stipulation Terminating Appointment of Guardian Ad Litem and Withdrawing Appeal** |

　　　　Based on the stipulation of counsel, the Court finds that good cause exists to: (1) terminate the appointment of Paola M. Armeni as Guardian Ad Litem for Witness # 3 and (2) withdraw Loyd's appeal of the magistrate judge's order (ECF No. 126) as moot.

　　　　IT IS FURTHER ORDERED that the Parties' stipulation satisfies Loyd's obligation to notice his intention whether to proceed with or abandon the appeal. ECF No. 153.

　　　　IT IS SO ORDERED.

DATED: September 9, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

4870-7621-6289.3