Erin M. Gettel, Esq.
Nevada Bar No. 13877
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Fax: 702-784-5252
egettel@swlaw.com
cgianelloni@swlaw.com
*Attorneys for Denzel Renyal Michael Loyd*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Denzel Renyal Michael Loyd,<br><br>    Defendant. | Case No. 2:20-cr-000274-APG-MDC<br><br>**Stipulation to Continue Sentencing Hearing**<br><br>(***First Request***) |

The Parties enter this stipulation to continue the sentencing currently set for December 10, 2024, for at least 45 days. The Parties enter this stipulation because:

1. Defense counsel requires additional time to prepare for sentencing and will be out of the district during the currently scheduled hearing date.

2. Mr. Loyd is in custody and agrees to the continuance. There is also a ten-year mandatory minimum sentence in this case.

3. The Parties agree to the continuance.

DATED: October 31, 2024

| Snell & Wilmer L.L.P. | Jason Frierson<br>United States Attorney |
|---|---|
| By */s/ Erin Gettel* <br>Erin Gettel<br>*Attorney for Denzel Renyal Michael Loyd* | By */s/ Jean Ripley* <br>Jean Ripley<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Denzel Renyal Michael Loyd,<br><br>      Defendant. | Case No. 2:20-cr-00274-APG-MDC<br><br>**Order Granting First Stipulation to Continue Sentencing Hearing** |

    Based on the stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing.

    IT IS THEREFORE ORDERED that the sentencing currently scheduled for December 10, 2024, at 11:00 a.m. is vacated and continued to January 22, 2025 at 9:30 a.m. in Courtroom 6C.

DATED: November 1, 2024.

                                          ANDREW P. GORDON<br>
                                          United States District Judge

4885-2035-6851.2