Erin Gettel
Nevada Bar No. 13877
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
Snell & Wilmer L.L.P.
1700 S. Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135
(702)-784-5200 x5329
egettel@swlaw.com

*Attorneys for Defendant Denzel Renyal Michael Loyd*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-000274-APG-MDC |
| Plaintiff, | **Stipulation to Continue Sentencing Hearing** |
| v. | |
| Denzel Renyal Michael Loyd, | ***(Second Request)*** |
| Defendant. | |

The Parties enter this stipulation to continue the sentencing currently set for February 4, 2025 to on or after May 1, 2025 at 9:00 a.m.  The Parties enter this stipulation because:

1.     Defense counsel requires additional time to prepare for sentencing and will be out of the district during the currently scheduled hearing date.

2.     Mr. Loyd is in custody and agrees to the continuance.  There is also a ten-year mandatory minimum sentence in this case.

/ / /

/ / /

/ / /

3.    The Parties agree to the continuance.

DATED: January 8, 2025


Snell & Wilmer L.L.P.

*/s/ Erin Gettel*
By_____

Erin Gettel
*Attorney for Denzel Renyal Michael Loyd*

Jason Frierson
United States Attorney

*/s/ Jean Ripley*
By_____

Jean Ripley
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

      Plaintiff,

    v.

Denzel Renyal Michael Loyd,

      Defendant.

Case No. 2:20-cr-00274-APG-MDC

**Order Granting Second Stipulation to Continue Sentencing Hearing**

     Based on the stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing.

     IT IS THEREFORE ORDERED that the sentencing currently scheduled for February 4, 2025, at 11:00 a.m. is vacated and continued to <u>May 1, 2025</u> at <u>9:30 a.</u>m. in Courtroom 6C.

     DATED: <u>January 17</u>, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

4907-9022-9261.1

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

- 3 -