Erin Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Suite 700
Las Vegas, Nevada 89135
(702)-784-5200 x5329
egettel@swlaw.com
*Attorney for Denzel Renyal Michael Loyd*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00274-APG-MDC |
| Plaintiff, | |
| v. | **MOTION TO SEAL SENTENCING EXHIBIT** |
| Denzel Renyal Michael Loyd, | |
| Defendant. | |

Denzel Loyd moves to seal Exhibit A to his concurrently filed Sentencing Memorandum. Exhibit A is a psychological evaluation report prepared by Dr. Robert J. Rome.

The First Amendment protects the public's right of access to criminal trials. *See, e.g., Globe Newspaper Co. v. Super. Ct. for Norfolk Cnty.*, 457 U.S. 596, 606 (1982). The public also has a common law right to inspect and copy public records, including those from judicial proceedings. *See Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978). But these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe,* 870 F.3d 991, 998 (9th Cir. 2017).

Sealing Exhibit A serves the compelling interest of protecting private health records from public disclosure. Notably, the public interest will not be harmed

because Loyd's Sentencing Memorandum discusses the pertinent contents of Dr. Rome's report. No public purpose would be served by permitting the public to view further specifics regarding Loyd's disability beyond the details that Loyd is asking the Court to consider and that are discussed in the Memorandum and thus publicly available. For these reasons, the Court should permit Exhibit A to remain under seal.

Dated: April 24, 2025

SNELL & WILMER L.L.P.

By  */s/ Erin Gettel*
Erin Gettel, Esq.
1700 S. Pavilion Center Drive
Suite 700
Las Vegas, NV 89135

*Attorney for Denzel Renyal Michael Loyd*

IT IS SO ORDERED:

Dated: April 25, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

4928-3044-6394v1