SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
JEAN N. RIPLEY
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jean.Ripley@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENZEL RENYAL MICHAEL LOYD,<br><br>Defendant. | Case No. 2:20-cr-00274-APG-MDC<br><br>**Stipulation to Continue Response to Sentencing Memorandum**<br><br>(First Stipulation to Continue) |

Plaintiff United States of America, by and through its counsel, Sigal Chattah, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, and defendant Denzel Renyal Michael Loyd, by and through his counsel, Erin Gettel, Esq., hereby stipulate and agree to continue the government's deadline to respond to the defendant's Sentencing Memorandum (ECF No. 170) from April 28, 2025, to April 29, 2025.

The parties enter this stipulation for the following reasons:

1. On August 15, 2024, the defendant pleaded guilty to four counts of coercion and enticement in the above-captioned matter. ECF Nos. 153. The sentencing hearing is scheduled for May 1, 2025, at 9:30 a.m. ECF No. 167.

2. Defendant Denzel Renyal Michael Loyd filed his Sentencing Memorandum on April 24, 2025. ECF No. 170. In accordance with LCR 32-1(d), the government's response to the defendant's Sentencing Memorandum is due on April 28, 2025.

3. Government counsel was out of the district between April 24 and 27, 2025. At the government's request, defense counsel has agreed to continue the government's deadline to respond to the Sentencing Memorandum to April 29, 2025.

4. The continuance is not sought for purposes of delay. At this time, the parties do not anticipate a delay of the sentencing hearing.

Respectfully submitted this 28th day of April 2025.

/s/ Erin Gettel
ERIN GETTEL

*Counsel for Defendant Loyd*

/s/ Jean N. Ripley
JEAN N. RIPLEY
Assistant United States Attorney

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00274-APG-MDC |
| Plaintiff, | **Order to Continue Response to Sentencing Memorandum** |
| v. | |
| DENZEL RENYAL MICHAEL LOYD, | (First Stipulation to Continue) |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to modify the government's deadline to respond to defendant Denzel Renyal Michael Loyd's Sentencing Memorandum (ECF No. 170) from April 28 to April 29, 2025.

DATED: April 28, 2025

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE